UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE ZANDSTRA,

        Plaintiff,                    Case No.  1:06cv764

v.                                       Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
                                       /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 15, 2008.  The time permitted for objections to the Report and Recommendation has elapsed, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).  Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 15, 2008, is APPROVED AND ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is AFFIRMED.


                                       /s/Robert J. Jonker
                                         Robert J. Jonker
                                    United States District Judge

Dated:  February 6, 2008